IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CLINT CORNELL GURLEY, ET AL.** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:06-CV-298** |
| | § | |
| **CITY OF OVERTON, ET AL.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations has been presented for consideration (Doc. No. 15).  The parties did not file any objections to the Report and Recommendations.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings of this Court.  Accordingly, it is

**ORDERED** that Plaintiff's causes of action be **CONSOLIDATED** and the lawsuits styled *Gurley, et al. v. City of Overton, et al.*, Civil Action No. 6:06-cv-298; *Gurley, et al. v. Overton Police Dep't, et al.*, Civil Action No. 6:07-cv-97; and *Gurley, et al. v. Overton Police Dep't, et al.*, Civil Action No. 6:07-cv-98, be consolidated for all purposes into one lawsuit, styled *Gurley, et al. v. City of Overton, et al.*, Civil Action No. 6:06-cv-298, and that all further pleadings in this case be filed in 6:06-cv-298.

So ORDERED and SIGNED this 26th day of March, 2007.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**